JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MYRON ALLEN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>COMPASS BANK dba BBVA COMPASS, a corporation,<br><br>    Defendant. | CASE NO. 5:15-cv-01903-RGK (KKx)<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>[Hon. Judge R. Gary Klausner] |

Pursuant to the Parties' Stipulation For Dismissal Of Action With Prejudice, and good cause appearing, IT IS HEREBY ORDERED that the above-referenced action be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: March 21, 2016

*/s/ Gary Klausner*
_____
Hon. R. Gary Klausner
United States District Court Judge

4844-3584-2863.1

[PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

LEWIS BRISBOIS